**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Robert BAHENA, Jr., Defendant-Appellant**

**No. 16-50818
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

May 18, 2017

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff-Appellee

Franklin Gordon Bynum, Bynum Law Office, P.L.L.C., Houston, TX, for Defendant-Appellant

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Robert Bahena, Jr., appeals the sentence imposed following his guilty plea

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

conviction for possession with intent to distribute methamphetamine. He contends that the district court plainly erred by sentencing him as a career offender pursuant to U.S.S.G. § 4B1.1 based on his Texas conviction for burglary of a habitation under Texas Penal Code § 30.02. Bahena argues that this conviction does not qualify as a crime of violence under § 4B1.1 in light of *Mathis v. United States*, —— U.S. ——, 136 S.Ct. 2243, 195 L.Ed.2d 604 (2016).

The Government has filed an opposed motion for summary affirmance asserting that Bahena's arguments are foreclosed by our recent decision in *United States v. Uribe*, 838 F.3d 667 (5th Cir. 2016), *cert. denied*, —— U.S. ——, 137 S.Ct. 1359, 197 L.Ed.2d 542 (2017). In the alternative, the Government requests an extension of time in which to file a brief on the merits.

The Government is correct that *Uribe* forecloses Bahena's *Mathis* argument. *See Uribe*, 838 F.3d at 669–71. Accordingly, the Government's motion for summary affirmance is GRANTED, the alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR.